# Earnings Statement 

THE SEEING EYE INC
1 SEEING EYE WAY
MORRISTOWN, NJ 07960

Period Beginning: 07/27/2025
Period Ending: 08/09/2025
Pay Date: 08/07/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**GERINELDO PEREZ**
**195 KINSLEY ROAD**
**PEMBERTON NJ 08068**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2583.13 | 80.00 | 2,583.13 | 41,330.08 |
| Floating Ho | | 8.00 | | |
| Vacation | | 24.00 | | |
| BONUS | | | | 600.00 |
| **Gross Pay** | | | **$2,583.13** | 41,930.08 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -238.27 | 3,944.32 |
| | Social Security Tax | -158.26 | 2,569.40 |
| | Medicare Tax | -37.02 | 600.91 |
| | NJ State Income Tax | -94.30 | 1,545.40 |
| | NJ SUI Tax | -10.98 | 178.20 |
| | **Other** | | |
| | Employee M | -34.00* | 544.00 |
| **Net Pay** | | **$2,010.30** | |
| | CHECKING | -2,010.30 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 3.49 | 55.84 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:(973) 539-4425

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ: Single
Exemptions/Allowances:
  NJ: 0,Table A

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,549.13

© 2000 ADP, Inc.

THE SEEING EYE INC
1 SEEING EYE WAY
MORRISTOWN, NJ 07960

**Advice number:** 00000320151
**Pay date:** 08/07/2025



**Deposited to the account of** | account number | transit ABA | amount
**GERINELDO PEREZ** | xxxxx5295 | xxxx xxxx | $2,010.30

**NON-NEGOTIABLE**

**Earnings Statement** 

THE SEEING EYE INC
1 SEEING EYE WAY
MORRISTOWN, NJ 07960

Period Beginning: 08/10/2025
Period Ending: 08/23/2025
Pay Date: 08/21/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

GERINELDO PEREZ
195 KINSLEY ROAD
PEMBERTON NJ 08068

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2583.13 | 80.00 | 2,583.13 | 43,913.21 |
| Floating Ho | | 16.00 | | |
| Sick | | 8.00 | | |
| BONUS | | | | 600.00 |
| **Gross Pay** | | | **$2,583.13** | 44,513.21 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -238.27 | 4,182.59 |
| | Social Security Tax | -158.26 | 2,727.66 |
| | Medicare Tax | -37.01 | 637.92 |
| | NJ State Income Tax | -94.30 | 1,639.70 |
| | NJ SUI Tax | -5.82 | 184.02 |
| | Other | | |
| | Employee M | -34.00* | 578.00 |
| | **Net Pay** | **$2,015.47** | |
| | CHECKING | -2,015.47 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 3.49 | 59.33 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:(973) 539-4425

BASIS OF PAY: SALARY

EFFECTIVE THIS PAY PERIOD YOU HAVE SATISFIED THE NJ SUI TAX LIMIT.

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ: Single
Exemptions/Allowances:
  NJ: 0,Table A

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,549.13

© 2000 ADP, Inc.



THE SEEING EYE INC
1 SEEING EYE WAY
MORRISTOWN, NJ 07960

Advice number: 00000340150
Pay date: 08/21/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GERINELDO PEREZ | xxxxx5295 | xxxx xxxx | $2,015.47 |

**NON-NEGOTIABLE**

# Earnings Statement 

THE SEEING EYE INC
1 SEEING EYE WAY
MORRISTOWN, NJ 07960

Period Beginning:  08/24/2025
Period Ending:     09/06/2025
Pay Date:          09/04/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

**GERINELDO PEREZ**
**195 KINSLEY ROAD**
**PEMBERTON NJ 08068**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2583.13 | 80.00 | 2,583.13 | 46,496.34 |
| Holiday | | 8.00 | | |
| BONUS | | | | 600.00 |
| **Gross Pay** | | | **$2,583.13** | 47,096.34 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -238.27 | 4,420.86 |
| | Social Security Tax | -158.26 | 2,885.92 |
| | Medicare Tax | -37.01 | 674.93 |
| | NJ State Income Tax | -94.30 | 1,734.00 |
| | NJ SUI Tax | | 184.02 |
| | **Other** | | |
| | Employee M | -34.00* | 612.00 |
| | **Net Pay** | **$2,021.29** | |
| | CHECKING | -2,021.29 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 3.49 | 62.82 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:(973) 539-4425

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ:        Single
Exemptions/Allowances:
  NJ:        0,Table A

* **Excluded from federal taxable wages**

Your federal taxable wages this period are $2,549.13

© 2000 ADP, Inc.

---

THE SEEING EYE INC
1 SEEING EYE WAY
MORRISTOWN, NJ 07960

**Advice number:**  00000360141
Pay date:           09/04/2025



| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **GERINELDO PEREZ** | xxxxx5295 | xxxx xxxx | $2,021.29 |

**NON-NEGOTIABLE**

# Earnings Statement 

THE SEEING EYE INC
1 SEEING EYE WAY
MORRISTOWN, NJ 07960

Period Beginning:    09/07/2025
Period Ending:       09/20/2025
Pay Date:            09/18/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**GERINELDO PEREZ**
**195 KINSLEY ROAD**
**PEMBERTON NJ 08068**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2583.13 | 80.00 | 2,583.13 | 49,079.47 |
| Personal | | 4.00 | | |
| Sick | | 8.00 | | |
| BONUS | | | | 600.00 |
| **Gross Pay** | | | **$2,583.13** | 49,679.47 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -238.27 | 4,659.13 |
| | Social Security Tax | -158.27 | 3,044.19 |
| | Medicare Tax | -37.02 | 711.95 |
| | NJ State Income Tax | -94.30 | 1,828.30 |
| | NJ SUI Tax | | 184.02 |
| | **Other** | | |
| | Employee M | -34.00* | 646.00 |
| | **Net Pay** | **$2,021.27** | |
| | CHECKING | -2,021.27 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 3.49 | 66.31 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:(973) 539-4425

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ:              Single
Exemptions/Allowances:
  NJ:              0,Table A

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,549.13

© 2000 ADP, Inc.

---

THE SEEING EYE INC
1 SEEING EYE WAY
MORRISTOWN, NJ 07960

**Advice number:**   00000380141
Pay date:            09/18/2025



| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **GERINELDO PEREZ** | xxxxx5295 | xxxx xxxx | $2,021.27 |

**NON-NEGOTIABLE**