Certificate Number: 16339-PAE-DE-040293125

Bankruptcy Case Number: 25-13950



16339-PAE-DE-040293125

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 9, 2025, at 5:23 o'clock PM EST, Gerindeldo Perez, Jr. completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 10, 2025             By:    /s/Kris Krumal

                                     Name:  Kris Krumal

                                     Title: Certified Financial Counselor