United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Gerineldo Perez, Jr

    Debtor

Case No. 25-13950-amc

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2

Date Rcvd: Jan 07, 2026

User: admin

Form ID: 318

Page 1 of 3

Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gerineldo Perez, Jr, 777 Clubhouse Dr, E Stroudsburg, PA 18302-9274 |
| 15055668 | + | Alliance Credit Union, Elan Financial Services, PO Box 790408, Saint Louis, MO 63179-0408 |
| 15055670 | + | Bank of America Business Advantage, PO Box 15796, Wilmington, DE 19886-5796 |
| 15055688 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15055692 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15068831 | + | TD Bank, N.A., c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 15055698 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 08 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jan 08 2026 05:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15055669 | | Email/PDF: bncnotices@becket-lee.com | Jan 08 2026 00:38:57 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15055671 | | EDI: TSYS2 | Jan 08 2026 05:27:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15055676 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 08 2026 00:30:00 | Citizens Bank, PO Box 9665, Providence, RI 02940 |
| 15055677 | | Email/Text: megan.harper@phila.gov | Jan 08 2026 00:31:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15055672 | | EDI: CAPITALONE.COM | Jan 08 2026 05:27:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15055673 | | EDI: JPMORGANCHASE | Jan 08 2026 05:27:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15055674 | + | EDI: JPMORGANCHASE | Jan 08 2026 05:27:00 | Chase Ink, PO Box 1423, Charlotte, NC 28201-1423 |
| 15055675 | + | EDI: CITICORP | Jan 08 2026 05:27:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15055678 | | Email/Text: bankruptcy@philapark.org | Jan 08 2026 00:31:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15055679 | + | EDI: PHINGENESIS | Jan 08 2026 05:27:00 | Concora Credit, Genesis FS Card Services PO Box 4477, Beaverton, OR 97076-4401 |

District/off: 0313-2                         User: admin                                    Page 2 of 3
Date Rcvd: Jan 07, 2026                      Form ID: 318                              Total Noticed: 39

| 15055680 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jan 08 2026 00:30:00 | Customers Bank/Upstart, Attn: Bankruptcy, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 15055681 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 08 2026 00:30:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15055682 | + | Email/Text: bankruptcy@huntington.com | Jan 08 2026 00:30:00 | Huntington National Bank, Attn: Bankrupty, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15055683 | | EDI: IRS.COM | Jan 08 2026 05:27:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15055684 | + | EDI: LENDNGCLUB | Jan 08 2026 05:27:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15055685 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 08 2026 00:30:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 15055686 | + | EDI: NFCU.COM | Jan 08 2026 05:27:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15055687 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 08 2026 00:30:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15055691 | ^ | MEBN | Jan 08 2026 00:25:47 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15055689 | | EDI: PENNDEPTREV | Jan 08 2026 05:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15055690 | ^ | MEBN | Jan 08 2026 00:26:07 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15055693 | | Email/Text: bankruptcy@philapark.org | Jan 08 2026 00:31:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15055694 | | EDI: SYNC | Jan 08 2026 05:27:00 | Sam's Club Credit Card, c/o Synchrony Bank, Po Box 965060, Orlando, FL 32896-5060 |
| 15055695 | + | EDI: AGFINANCE.COM | Jan 08 2026 05:27:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15055696 | ^ | MEBN | Jan 08 2026 00:25:41 | Truist Bank, PO Box 791622, Baltimore, MD 21279-1622 |
| 15055697 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 08 2026 00:31:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15055699 | | EDI: USBANKARS.COM | Jan 08 2026 05:27:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 15055700 | + | EDI: WFFC2 | Jan 08 2026 05:27:00 | Wells Fargo, PO Box 77033, Minneapolis, MN 55480-7733 |
| 15055701 | + | EDI: WFHOME | Jan 08 2026 05:27:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 15055702 | + | Email/Text: cc-bankruptcy-group@robinhood.com | Jan 08 2026 00:30:55 | X1 Inc, Attn: Bankruptcy, 548 Market Street, Suite 30684, San Francisco, CA 94104-5401 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2                          User: admin                                   Page 3 of 3

Date Rcvd: Jan 07, 2026                       Form ID: 318                                   Total Noticed: 39

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Gerineldo Perez  Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gerineldo Perez Jr | Social Security number or ITIN   xxx–xx–8128 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    Eastern District of Pennsylvania

Case number:   25–13950–amc

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gerineldo Perez Jr

1/6/26

**By the court:**  Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---